UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Scott D. Sager, Edward Young, Renada Hall, Michael Marcotte, Sharon Scott, Jack Whittington, Carmelita Nunez, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br>vs.<br><br>Volkswagen Group of America, Inc., and Audi of America, Inc.,<br><br>Defendants. | Civil Action No. 2:18-cv-13556 (ES) (SCM) |

## MOTION FOR FINAL APPROVAL OF THE PARTIES' CLASS ACTION SETTLEMENT

Plaintiffs, Scott D. Sager, Edward Young, Renada Hall, Michael Marcotte, Sharon Scott, Jack Whittington, and Carmelita Nunez ("Plaintiffs") respectfully move for entry of an Order granting final approval of the Settlement Agreement between Plaintiffs and Defendants Volkswagen Group of America, Inc. and Audi of America, Inc. ("Defendants" or "VWGoA")[1]

In support, Plaintiffs submit (i) Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement; (ii) the May 27, 2021 Declaration of Cameron R. Azari, Senior Vice President at Epiq, the class action administrator; and (iii) the May 31, 2021, Declaration from Stephen Taylor.

---

[1] Audi of America, Inc. is not a separate entity. It is an operating unit of Volkswagen Group of America, Inc.

1

Plaintiffs respectfully request that the Court approve the settlement as fair, reasonable and adequate and enter the Parties' Proposed Final Approval Order.[2]

Dated: May 31, 2021

Respectfully submitted,

*/s/ Sergei Lemberg*
Sergei Lemberg (*phv*)
*/s/ Stephen Taylor*
Stephen Taylor (*phv*)
*/s/ Sofia Balile*
Sofia Balile
LEMBERG LAW, LLC
43 Danbury Road
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
*Attorneys for Plaintiffs*

---

[2] The Parties' Proposed Final Approval Order will be lodged with the Court ahead of the Final Fairness Hearing.

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 31, 2021, a true and correct copy of the foregoing was filed with the Clerk of the Court through the ECF system which gave notice of such filing to all parties of record.

                                            */s/ Sofia Balile*
                                             Sofia Balile